IN THE SUPREME COURT OF THE STATE OF NEVADA

FERRILL JOSEPH VOLPICELLI,
                Petitioner,
        vs.
THE HONORABLE JIM C. SHIRLEY,
DISTRICT JUDGE,
                Respondent.

No. 82344

**FILED**

MAR 2 6 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

Appellant's motion for a voluntary dismissal of this petition for writ of mandamus is granted. This petition is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Jim C. Shirley, District Judge
       Ferrill Joseph Volpicelli
       Attorney General/Carson City
       Clerk of the Court/Court Administrator

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

21-08755